EUGENE ILLOVSKY (CA SBN 117892)
EIllovsky@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8310
Telephone: 925.295.3300
Facsimile: 925.946.9912

Attorneys for Defendant
DARLENE CRABTREE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PRISCILLA HUNTER, et al.,<br><br>　　　　Defendants. | Case No. CR 06-0565 SI<br><br>**DEFENDANT DARLENE CRABTREE'S APPLICATION FOR WAIVER OF APPEARANCE AT OCTOBER 19, 2007 MOTION TO DISMISS THE INDICTMENT AND [PROPOSED] ORDER** |

Defendant Darlene Crabtree ("Crabtree"), having been advised of her right to be present at all stages of the proceedings, hereby waives the right to be present at the October 19, 2007 motion to dismiss the indictment (Fed. R. Crim. Proc. 43). Crabtree asks the Court to proceed during her absence from this hearing, and agrees that her interests are represented at all times by the attorney appointed to represent her as if she were personally present in Court. Crabtree further agrees that

notice to her attorneys requiring her presence in Court on a particular day at a particular time is notice to her that her appearance at that time and place is required.

Dated: October 4, 2007

                                              /s/ Darlene Crabtree
                                              Darlene Crabtree

I am an attorney of record for defendant Darlene Crabtree in the above-entitled case and I hereby approve of the above waiver of defendant Darlene Crabtree.

Dated: October 4, 2007              EUGENE ILLOVSKY
                                        PAUL J. TAIRA
                                        MORRISON & FOERSTER LLP

                                        By:   /s/ Eugene Illovsky
                                                  Eugene Illovsky

                                        Attorneys for Defendant
                                        DARLENE CRABTREE

### [PROPOSED] ORDER

For the reasons set forth in this application, and good cause shown, defendant Darlene Crabtree's waiver of appearance for the October 19, 2007 hearing is hereby GRANTED.

IT IS SO ORDERED.

DATED:                                          /s/ Susan Illston
                                        THE HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT JUDGE